COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         2017 Yale Development, LLC v. Steadfast Funding, LLC, et. al.

Appellate case number:       01-20-00027-CV

Trial court case number:     2016-64847

Trial court:                 190th District Court of Harris County

The appellate record was due to be filed in this appeal on February 19, 2020. Appellant has filed a "Motion [to] Extend Deadline to File Clerk's Record and Reporter's Record." It is the responsibility of the trial court clerk and court reporter to file the clerk's record and reporter's record, respectively. *See* TEX. R. APP. P. 35.3(a), (b). To the extent an extension is necessary for the filing of any part of the appellate record, the trial court clerk or court reporter may request an extension of time for filing. *See* TEX. R. APP. P. 35.3(c) ("The appellate court may extend the deadline to file the record if requested by the clerk or reporter."). Accordingly, we **deny** appellant's motion.

On February 26, 2020, the Clerk of this Court notified appellant that the court reporter responsible for preparing the reporter's record informed the Court that a reporter's record had not been filed because appellant had not requested a reporter's record or made arrangements to pay the fee for the reporter's record, and directed appellant to provide proof of payment, or that arrangements to pay for the reporter's record had been made by March 27, 2020. *See* TEX. R. APP. P. 35.3(b), 37.3(c). This Court has received no written response from appellant regarding payment, or arrangements for payment, of the reporter's record. Appellant must submit written evidence from the court reporter that payment has been made, or arrangements for payment have been made, for preparation of the reporter's record no later than **Friday, April 24, 2020**. If appellant fails to provide such written evidence, the Court may require appellant to file its brief and consider and decide the appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On February 27, 2020, the Clerk of this Court notified appellant that the trial court clerk responsible for preparing the clerk's record informed the Court that the clerk's record had not been filed because appellant had failed to pay or made arrangements to pay for the

fee for preparing the clerk's record.  Appellant was directed to provide proof of payment, or that arrangements to pay for the clerk's record had been made by March 30, 2020.  *See* TEX. R. APP. P. 35.3(a), 37.3(b).  On April 6, 2020, appellant filed a "Statement Regarding Payment of the Clerk's Record" with this Court, providing written notice that appellant made payment of the fee for preparing the clerk's record.  **Accordingly, the clerk's record is due to be filed no later than 30 days after the date of this order**.[1]

It is so ORDERED.

Judge's signature:  ____/s/ Evelyn V. Keyes_____
                ☑ Acting individually    ☐ Acting for the Court

Date:  __April 14, 2020___

---

[1] The trial court clerk may request an extension of time to file the clerk's record in this Court. *See* TEX. R. APP. P. 35.3(c).